**Opinion issued November 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00805-CV**

_____

**IN RE FARIBORZ SHOJAI, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Fariborz Shojai, proceeding pro se, filed a petition for writ of mandamus requesting that this Court issue a writ of mandamus to "declare the notice of lis pendens on 1628 Potomac, Houston, [Texas] is moot, void[,] and null."[1]

---

[1] The underlying case is *Fariborz Shojai v. Texas Judicial Branch, Harris County, Debra Norris, Hirsch & Westheimer, Morrell Masonry Supply, Inc., Bradford Cromeens, The Cromeens Law Firm, and Karalynn Cromeens*, Cause No. 2022-39854, in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

Relator has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On October 29, 2024, relator was notified that this original proceeding was subject to dismissal if appellate costs were not paid, or indigence was not established, by November 8, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Relator did not adequately respond to the Court's notice.

Relator's mandamus petition further fails to establish he is entitled to mandamus relief and fails to comply with the requirements of Texas Rule of Appellate Procedure 52.

Accordingly, we dismiss the original proceeding for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.